# SCOTT YALE AUSTER
## ATTORNEY AT LAW

---

| | |
|---|---|
| 1369 MADISON AVENUE<br>SUITE 179<br>NEW YORK, NY 10128-0711<br>(212) 513-7400<br>☐ Please reply to<br>New York, NY office | 65 HIGHVIEW DRIVE<br>CARMEL, NY 10512-6131<br>(845) 225-7700<br>☒ Please reply to<br>Carmel, NY office |

March 27, 2013

**FILED VIA ECF**
The Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                **Re: UNITED STATES v PAUL RIVERA**
                   **Criminal Docket No.: 13 CR 149 (KAM)**

Dear Judge Matsumoto:

      Please accept this letter as defense counsel's response to the Court's inquiry as to whether Mr. Rivera wishes to pursue the sealed motion of his former attorney, Steven Zissou, Esq.

      Having met with Mr. Rivera earlier today and having discussed the matter of the Court's inquiry, Mr. Rivera has indicated that at this time he would withdraw that motion without prejudice and with the Court's permission, reserve the right to renew same at a later time.

                                               Respectfully submitted,

                                               SCOTT YALE AUSTER

SYA/ev
cc: AUSA Taryn A. Merkl
    (via ECF)