# SCOTT YALE AUSTER
## ATTORNEY AT LAW

---

**1369 MADISON AVENUE**
**SUITE 179**
**NEW YORK, NY 10128-0711**
**(212) 513-7400**

☐ Please reply to
New York, NY office

**65 HIGHVIEW DRIVE**
**CARMEL, NY 10512-6131**
**(845) 225-7700**

☑ Please reply to
Carmel, NY office

April 4, 2013

***FILED VIA ECF***
The Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: UNITED STATES v PAUL RIVERA**
**Criminal Docket No.: 13 CR 149 (KAM)**

Dear Judge Matsumoto:

Please accept this letter as defense counsel's request to be relieved as CJA counsel for the above referenced defendant.

As I am sure the Court is aware, by Notice of Appearance dated April 1, 2013 and filed with the Court on the same date, Angelo R. Picerno, Esq., has advised the Court that his office has been retained as private counsel in the referenced matter. As a result thereof, I am respectfully requesting that I be relieved as defense counsel and that Mr. Picerno be named in that position.

In light of the foregoing, it is my understanding that my presence will not be required at the status conference scheduled for April 8, 2013 at 1:00 PM.

I thank the Court for its consideration of this application.

Respectfully submitted,

SCOTT YALE AUSTER

SYA/ev
cc: AUSA Taryn A. Merkl
    (via ECF)