

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:AES
F# 2013R001609

*271 Cadman Plaza East, 4th Floor*
*Brooklyn, New York  11201*

July 3, 2013

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Paul Rivera and Michael Garrett
       <u>Docket Number 13 CR 149 (S-1) (KAM)   </u>

Dear Judge Matsumoto:

    The government filed a superseding indictment in the above-captioned matter on June 25, 2013.  The superseding indictment added a new count and a new defendant, Michael Garrett.  A status conference had already been scheduled for defendant Paul Rivera on July 8, 2013 at 12:00 p.m..  The government therefore respectfully requests that both defendants Paul Rivera and Michael Garrett be arraigned on the superseding indictment at that previously-scheduled conference.  The government has contacted counsel for both defendants:  counsel for Paul Rivera consents to an arraignment on the superseding

indictment at that time, and counsel for Michael Garrett has not yet responded to the government's inquiry.

Respectfully Submitted,

LORETTA E. LYNCH
United States Attorney

By:  /s/ Alixandra E. Smith
Alixandra E. Smith
Taryn A. Merkl
Assistant U.S. Attorneys
(718) 254-6370/6064

cc:    Clerk of the Court (KAM) (via ECF)
Martin Goldberg, Esq. (via ECF and email)
James Lisa, Esq. (via ECF and email)

2