# MARTIN G. GOLDBERG

ATTORNEY AT LAW
672 Dogwood Avenue # 183
Franklin Square, New York 11010
Phone/Fax (516)292-0380   Cell Phone (718)986-4653
E-mail: mgoldbergesq@juno.com

September 4, 2013

Hon. Judge Kiyo A. Matsumota
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: United States v Rivera, et al
13CR 149 (KAM)

Dear Judge Matsumota,

This case is presently scheduled for September 11th at 2pm and the primary focus of the appearance is to determine who will be representing the co-defendant. I am currently on trial in Nassau County before the Hon. Judge Honoroff and it is anticipated that the trial will take approximately three weeks to complete. I am therefore requesting permission to appear by phone on the scheduled date.

Thank you for your consideration.

Yours

Martin Goldberg