

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:AES
F. #2013R01609

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 8, 2013

By Hand Delivery and ECF

Guy Oksenhendler, Esq.
291 Broadway, Ste. 300
New York, NY 10007

Robert H. Parker, Esq.
6008 Eighth Avenue
Brooklyn, NY 11220

David Stern, Esq.
Rothman, Schneider, Soloway & Stern, P.C.
100 Lafayette Street, Ste. 501
New York, NY 10013

Kelley J. Sharkey, Esq.
26 Court Street, Ste. 2805
Brooklyn, NY 11242

Peter E. Quijano, Esq.
381 Park Avenue South
Suite 701
New York, NY 10016

      Re:    United States v. Paul Rivera, et al.
                Criminal Docket No. 13-149 (S-2) (KAM)

Dear Counsel:

         Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter.  This letter is intended to supplement the government's discovery letters dated April 2, 2013, May 17, 2013, August 20, 2013 and October 2, 2013.  Please consider this letter to be the government's renewed request for reciprocal discovery.

On the enclosed CD marked TF MAFIA DVD-1, please find copies of the following:

| Item | Bates Number/Identifier |
|---|---|
| Robert Barber Autopsy Report | TF MAFIA 2512-2529 |
| Robert Barber Autopsy Photographs | TF MAFIA 2530-2547 |
| Brookdale Hospital Medical Records pertaining to Robert Barber | TF MAFIA 2548-2683 |
| FDNY Sprint Report & FDNY Run Reports | TF MAFIA 2684-2691 |
| Photograph of Robert Barber | TF MAFIA 2692 |
| NYPD Firearms Analysis Section Report | TF MAFIA 2693 |
| Photographs of the TF Mafia Tattoo Shop and Vicinity | TF MAFIA 2694-2701 |
| Backpage.com Business Record | TF MAFIA 2702-2704 |
| AllCar Rent-a-Car Records | TF MAFIA 2705-2738 |
| PlatePass Records | TF MAFIA 2739-2767 |
| AT&T Subscriber Record for Telephone Number (917) 474-9881 | TF MAFIA 2768-2770 |
| Cablevision Subscriber Record | TF MAFIA 2771-2773 |
| Invoice from GTC Media | TF MAFIA 2774 |
| Photographs from the TF Mafia Tattoo Shop, taken on or about August 22, 2012 | TF MAFIA 2775-2803 |
| TF Mafia Documents (miscellaneous), which appear to contain statements of the defendants | TF MAFIA 2804-2852 |
| TF Mafia DMV Records | TF MAFIA 2853-2860 |
| BOP Records – Inmate Quarters History | TF MAFIA 2861-2864 |
| FBI Handwriting Analysis Report | TF MAFIA 2865-2869 |

| | |
|---|---|
| Video Footage from 361 Sutter Avenue (August 22, 2011) – two .exe files | Filenames "11-8-22-21-09-00-23.exe" & "11-08-22-21-00-00-24.exe" |
| Web site content from http://www.flickr.com, http://www.tfmafia.com and http://www.tfnyc.com | File folders "www.flickr.com," "www.tfmafia.com" and "www.tfnyc.com" |
| Audio file containing statements of defendant Rivera, made on or about June 4, 1996 | Filename "917-971-8233 Rivera Call-6-4-96.wav" |
| Audio file containing statements of defendant Garrett, made on or about June 1, 1996 | Filename "917-971-8233 Garrett Call-6-1-96.wav" |

In addition to the foregoing, the FBI is in possession of (a) one Colt semi-automatic .25 caliber pistol with a silver and black handle, bearing serial number 254498; (b) one silver slide for a .380 caliber semi-automatic pistol, bearing the name Jennings Firearms; (c) one .380 caliber semi-automatic ammunition round; and (d) one gray magazine for a .380 automatic pistol containing four (4) .380 rounds, all of which were recovered on or about August 22, 2012, from within the TF Mafia tattoo shop located at 361 Sutter Avenue in Brooklyn, New York.  Please contact us if you would like to arrange a time to inspect these items, or any of the original discovery.

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.  In addition to the previously identified potential experts, the government anticipates calling an expert in forensic document analysis and handwriting comparison to testify at trial consistently with the enclosed FBI Handwriting Analysis Report (TF MAFIA 2865-2869).  Specifically, the examiner is expected to testify that defendant Rivera wrote the majority of the handwritten text contained within document TF MAFIA 2478, which was provided in the government's discovery production of October 2, 2013.

If you have any questions about these materials, please do not hesitate to contact us.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

By:    /s/ Taryn Merkl
        Taryn A. Merkl
        Alixandra E. Smith
        Assistant U.S. Attorneys
        718-254-6064/6370

Enclosures (TF MAFIA DVD-1)

cc:    Clerk of the Court (KAM) (by ECF) (without enclosures)