TO: Honorable Judge Kiyo A. Matsumoto
United States District Judge

FROM: Paul Rivera, # 46704-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

RE: Case No. 1:13-cr-00149-KAM (S2)

DATE: March 18, 2014

Rcvd by MS on 3/24/14

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 20 2014 ★

BROOKLYN OFFICE

*Dear Honorable Judge Matsumoto*

It came to my attention yesterday, March 17, 2014 via my companion, Brigitte Landou that this honorable court issued an order on January 21, 2014 wherein this honorable court refused to modify the separation order between myself and my co-Defendant, Michael Garrett. In this order, the court noted that "defendants are free to pursue a joint defense strategy with a co-defendant "Locascio vs U.S. 395 F 3d 51, 58 C 2d cir. 2005". "Counsel for the defendants DID NOT appear to claim at the January 8, 2014 conference that such ability had been hampered by the separation order." (emphasis added).
Defendant Rivera wishes this honorable court to know that he specifically asked his attorney for this hearing in pertinent fact because the separation order was unequivocally hampering Rivera's and Garrett's ability to pursue a joint defense strategy. For assigned counsel not to argue this very important issue before this honorable court (the reason for the requested hearing to begin with) and then to keep from Rivera the knowledge that this court has even ruled on the issue; failed to provide Rivera a copy of said court order, does in fact clearly demonstrate counsel's refusal to work with Rivera in any meaningful way and is clearly an impediment to Rivera's defense. Had Rivera's companion not happened to see this order via the internet on PACER, Rivera would still not have known this court's decision. This is a perfect example of some of the issues Rivera is facing with respect to Mr. Oksenhendler and enunciated in Rivera's communication to this honorable court dated March 14, 2014 asking for a hearing to discuss some of these issues. Rivera is requesting that this honorable court make this letter as well as the March 14, 2014 letter with all attachments a part of the official record to preserve those issues for appellate review and/or issue any and all other relief this honorable court deems proper and just.

Respectfully,

Paul Rivera, Pro-se

CC: Guy Oksenhendler